# United States District Court
## Violation Notice

CVB Location Code: A57

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F5368924 | ONEIL | 1698 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 7/7/18 @ 1640 | 36 CFR 261.10 |

Place of Offense: FR 6149

Offense Description: RESIDENTIAL USE OF NFS LANDS

### DEFENDANT INFORMATION

Phone: —

| Last Name | First Name | M.I. |
|---|---|---|
| HADDEN | JOHN | A |

| City | State | Zip Code | DOB (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86004 | /88 |

Adult ☒ Juvenile ☐  Sex ☒M ☐F

| Race | Hair | Eyes | Height | Weight |
|---|---|---|---|---|
| W | BR | HAZ | 6'0" | 170 |

### VEHICLE DESCRIPTION

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| | AZ | | CHEV | SUV | WT |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 123 N. SAN FRANCISCO ST FLAGSTAFF AZ 86001

Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: REFUSED

Previous edition is obsolete        Original - CVB Copy        FS-5300-4 (3/2017)

18-04208PO-001-PCT-DMF

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 7, 2018 within the Federal jurisdiction of Northern Arizona, with in the boundary of the Coconino National Forest I was informed by Officer T Shelton that John and Rose HADDEN may be in the area of FR 6149 off Highway 180. Both John and Rose HADDEN have valid federal arrest warrants from violations they were issued in January of 2018.

I arrived in that area at 1620 hours and observed several camps. While speaking to campers my attention was drawn to a white Chevy Suburban AZ tag CET 9684 parked off the road way with a flat tire. Next to the Chevy was a broken glass bottle, food wrappers, a pillow, scraps of paper a car tire, shopping bags and other items. I contacted the occupants of the Chevy, stating my name and that I wanted to talk to them. A woman exited the vehicle crying. I asked the woman why she was crying, and she stated that she wanted to go home. I asked about her home, and she stated that she had been staying with friends in Prescott, but that she had no place of her own. I asked for her name, the woman stated that she was Rose HADDEN. I informed HADDEN that I had issued them both violation notices a few months ago, HADDEN stated that they still did not have a home, that they had been working with Catholic Charities but that the funds did not go thought for the apartment. I asked about where they received mail, Rose HADDEN stated that they received their mail at Catholic Charities. Rose later added that they had been moving around and had only arrived at their current location the night previously. John HADDEN confirmed that they receive mail at Catholic Charities, but added that they do not check in there regularly.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/8/18
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 7/9/18
Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: A51

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F5368925 | ONEIL | 1898 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 7/7/18 @ 1640 | 36 CFR 261.11.b |

Place of Offense: FR 6149

Offense Description: POSSESSING OR LEAVING REFUSE

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| HADDEN | JOHN | A |

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| FLAGSTAFF | AZ | 86004 | /  /88 |

Adult ☒   Juvenile ☐   Sex: M ☒  F ☐   Race: W   Hair: BR   Eyes: HAZ   Height: 6-   Weight: 177

### VEHICLE DESCRIPTION

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
|  | AZ |  | City | SW | WT |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 123 N. SAN FRANCISCO ST FLAGSTAFF AZ 86001

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: REFUSED

Original - CVB Copy          FS-5300-4 (3/2017)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 7, 2018 within the Federal jurisdiction of Northern Arizona, with in the boundary of the Coconino National Forest I was informed by Officer T Shelton that John and Rose HADDEN may be in the area of FR 6149 off Highway 180. Both John and Rose HADDEN have valid federal arrest warrants from violations they were issued in January of 2018.

I arrived in that area at 1620 hours and observed several camps. While speaking to campers my attention was drawn to a white Chevy Suburban AZ tag CET 9684 parked off the road way with a flat tire. Next to the Chevy was a broken glass bottle, food wrappers, a pillow, scraps of paper a car tire, shopping bags and other items. I contacted the occupants of the Chevy, stating my name and that I wanted to talk to them. A woman exited the vehicle crying. I asked the woman why she was crying, and she stated that she wanted to go home. I asked about the trash, she stated that some of the trash was theirs, pointing out several items, such as the tire, shopping bag, food wrappers and paper, then added that some of it, such as the broken glass bottle was not theirs. I asked for identification and was told that they did not have any, but stated that they were John and Rose HADDEN and provided dates of birth.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/8/18
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 7/9/18
Date (mm/dd/yyyy)   U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: A51

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F5368878 | ONEIL | 1595 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 1/9/18 1600 | 36 CFR 261.10 b |

Place of Offense: OFF FR 222

Offense Description: OCCUPANCY OF NFS LANDS

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| HADDEN | JOHN | |

Street Address: 

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86004 | / /55 |

Drivers License No.: 
D.L. State: 
Social Security No.: /

☒ Adult  ☐ Juvenile   Sex ☒ M ☐ F   Race: W   Hair: BR   Eyes:   Height: 6-   Weight: 170

### VEHICLE DESCRIPTION   VIN:

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 123 N. SAN FRANCISCO FLAGSTAFF AZ 86001
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: REFUSED

Original - CVB Copy

Previous edition is obsolete                           FS-5300-4 (3/2017)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on January 6th, 2018, at 1600 hours while exercising my duties as a law enforcement officer in the Federal District of Arizona on the Coconino National Forest in the area of FR 222 I observed a collection of tents, and rock structures off a closed road. My self and officer Loughton approached the tents and contacted the occupant who stated that she was Rose HADDEN and that she had been living at her camp since August with her husband John who was in town. I walked around the camp and located several trash piles consisting of bags of trash, food waste and clothing. A rock garden about quarter of an acer had been constructed with a path, twenty or so rock piles or statures were constructed as well as a trail through the garden. A rock fire ring, about five feet tall had been constructed.

I speaking with HADDEN she stated that she had lost her home some time ago and was living full time on the forest. That she and her husband received mail at Catholic Charities, but that they were planning on getting a place next month if the charity could help them.

John HADDEN arrived by car and as he approached began shouting demand such as my name and who I work for, I informed him and asked him to walk over to Rose. Once we were all together John began making demands, such as the officers needed to place their hand into their pockets to keep our hands away from our guns. The camp had several possible weapons around it such as knives and a hatchet. Concerned that John HADDEN may become violent I told him to sit in a chair next to Rose while I removed several of the possible weapons from the area. John complied, but continued to argue. After explaining why I was issuing them violation notices, John HADDEN stated that he refused to sign the violation notice.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 1/6/18
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 1/16/18
Date (mm/dd/yyyy)        U.S. Magistrate Judge